IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVEE' LEE MALONE,

     Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-5701

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 2, 2017.

An appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Davee' Lee Malone, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.